UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __8__

_Ozsuslamar_

-v-

_Southwell et al_

U.S.C.A. # _____

U.S.D.C. # __07-cv-5756__

JUDGE: __KMW__

DATE: __Oct. 26, 2007__

*[Stamp: U.S. DISTRICT COURT, OCT 26 2007]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES --------

DOCUMENT DESCRIPTION                                              DOC. #

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

(✓) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __26th__ Day of __October__, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------
            Ozuslamar
                -v-
            Southwell et al
-----------------------------------------
```

U.S.C.A. # _____

U.S.D.C. # **07-CV-5756**

JUDGE: **KMW**

DATE: **10-26-2007**

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __7__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                      Document Description

_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **26th** Day of **OCTOBER** In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
           Deputy Clerk

APPEAL, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-05756-KMW
## Internal Use Only

Ozsuslamar v. Southwell et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 06/18/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/18/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Mustafa Ozsuslamar.(jpo) (Entered: 06/27/2007) |
| 06/18/2007 | | Magistrate Judge Henry B. Pitman is so designated. (jpo) (Entered: 06/27/2007) |
| 06/18/2007 | 2 | COMPLAINT against Alexander Southwell, John F. Campenella. Document filed by Mustafa Ozsuslamar.(jpo) (Entered: 06/27/2007) |
| 06/18/2007 | 3 | ORDER OF DISMISSAL I grant plaintiff's application to proceed in forma pauperis, but the complaint for the following reasons. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed for failure to state a claim which relief may be granted and for asserting claims against a party immune from suit. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/18/2007) (mbe) (Entered: 07/02/2007) |
| 06/18/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/18/2007) (mbe) (Entered: 07/02/2007) |
| 09/13/2007 | 5 | MOTION for Extension of Time to file a Notice of Appeal. Document filed by Mustafa Ozsuslamar.(pl) (Entered: 09/21/2007) |
| 09/13/2007 | 7 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Mustafa Ozsuslamar. (tp) (Entered: 10/25/2007) |
| 09/13/2007 | | Appeal Remark as to [7] Notice of Appeal filed by Mustafa Ozsuslamar. $455.00 APPEAL FEE DUE. IFP REVOKED 6/18/07. (tp) (Entered: 10/25/2007) |
| 10/17/2007 | 6 | ORDER: for reasons further set forth in said Order, I GRANTED plaintiff's [5] Motion for Extension of Time to File an untimely notice of appeal. The Clerk of Court is directed to detach from plaintiff's motion, his completed Notice of Appeal and file that Notice of Appeal as of 9/13/07, the date it was received from the Court. I certify pursuant to 28 USC 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/17/07) (db) (Entered: 10/18/2007) |
| 10/25/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [7] Notice of Appeal. (tp) (Entered: 10/25/2007) |
| 10/25/2007 | | Transmission of Notice of Appeal to the District Judge re: [7] Notice of Appeal. (tp) (Entered: 10/25/2007) |